| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | **FILED**<br>FEB 1 4 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Christos Dean Katsouleas<br>Neila Katsouleas | CASE NO.: 2:25-bk-10810-DS<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | (No hearing required) |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( **Check only ONE box below** ):

    ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: **01/31/2025**    **Christos Dean Katsouleas**
                        Printed name of Debtor 1                    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( **Check only ONE box below** ):

    ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: **01/31/2025**    **Neila Katsouleas**
                        Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                          F 1002-1.EMP.INCOME.DEC



**CITY OF LONG BEACH**

411 W. OCEAN
LONG BEACH, CA 90802

# Pay Stub

| | |
|---|---|
| Period Ending: | 12/27/2024 |
| Pay Date: | 01/03/2025 |

Taxable Marital Status / Exemptions / Extra Deductions
Federal:    S    2    7.00
State:      S    1    0.00

**Christos D Katsouleas**
**2038 Volk Avenue**

**Long Beach , CA 90815**

| Earnings | Rate | Hours | This Period | Year-to-date |
|---|---|---|---|---|
| IN LIEU HOLIDAY | 35.448 | 10.00 | 354.48 | 354.48 |
| SICK FAMILY | 35.448 | 40.00 | 1,417.92 | 1,417.92 |
| SCHEDULED HOURS | 35.448 | 30.00 | 1,063.44 | 1,063.44 |
| UNIFORM ALLOWANCE-MISC | | | 5.88 | 5.88 |
| PERS EMP CONTRIB | | | -222.46 | -222.46 |
| HEALTH INS (PRETAX) | | | -164.50 | -164.50 |
| DENTAL INS (PRETAX) | | | -9.00 | -9.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | U.S. MED | | 38.60 | 38.60 |
| | U.S. FICA | | 165.07 | 165.07 |
| | U.S. TAX | | 221.38 | 221.38 |
| | CA STATE | | 82.20 | 82.20 |
| | **Other** | | | |
| | ICMA LOAN PAYMENT | | 93.23 | 93.23 |
| | IBEW DUES | | 38.87 | 38.87 |
| | DIRECT DEPOSIT | | 1,200.00 | 1,200.00 |
| | DIRECT DEPOSIT | | 600.53 | 600.53 |
| | **Net Check** | | **$0.00** | |

| | | | | |
|---|---|---|---|---|
| **Net Taxable Pay** | | | **$2,439.88** | **$2,439.88** |



# Pay Stub

CITY OF LONG BEACH

411 W. OCEAN
LONG BEACH, CA 90802

| | | | |
|---|---|---|---|
| Period Ending: | 01/10/2025 | | |
| Pay Date: | 01/17/2025 | | |

Taxable Marital Status / Exemptions / Extra Deductions
Federal:     S          2          7.00
  State:     S          1          0.00

**Christos D Katsouleas**
**2038 Volk Avenue**

**Long Beach , CA 90815**

| Earnings | Rate | Hours | This Period | Year-to-date |
|---|---|---|---|---|
| IN LIEU HOLIDAY | 35.448 | 10.00 | 354.48 | 708.96 |
| SICK FAMILY | 35.448 | 40.00 | 1,417.92 | 2,835.84 |
| SICK LEAVE | 35.448 | 30.00 | 1,063.44 | 1,063.44 |
| DENTAL VALUE | | | 133.76 | 133.76 |
| HEALTH VALUE | | | 2,185.62 | 2,185.62 |
| VISION VALUE | | | 17.27 | 17.27 |
| UNIFORM ALLOWANCE-MISC | | | 5.88 | 11.76 |
| PERS EMP CONTRIB | | | -222.46 | -444.92 |
| HEALTH INS (PRETAX) | | | -164.50 | -329.00 |
| DENTAL INS (PRETAX) | | | -9.00 | -18.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | U.S. MED | | 38.61 | 77.21 |
| | U.S. FICA | | 165.06 | 330.13 |
| | U.S. TAX | | 221.38 | 442.76 |
| | CA STATE | | 82.20 | 164.40 |
| | **Other** | | | |
| | ICMA LOAN PAYMENT | | 93.23 | 186.46 |
| | IBEW DUES | | 38.87 | 77.74 |
| | DIRECT DEPOSIT | | 1,200.00 | 2,400.00 |
| | DIRECT DEPOSIT | | 600.53 | 1,201.06 |
| | **Net Check** | | **$0.00** | |
| | **Net Taxable Pay** | | **$2,439.88** | **$4,879.76** |



# Pay Stub

**CITY OF LONG BEACH**

411 W. OCEAN
LONG BEACH, CA 90802

| Period Ending: | 11/29/2024 |
|---|---|
| Pay Date: | 12/06/2024 |

Taxable Marital Status / Exemptions / Extra Deductions
Federal:   S      2      7.00
State:     S      1      0.00

**Christos D Katsouleas**
**2038 Volk Avenue**

**Long Beach , CA 90815**

| Earnings | Rate | Hours | This Period | Year-to-date |
|---|---|---|---|---|
| SCHEDULED HOURS | 35.448 | 40.00 | 1,417.92 | 51,130.78 |
| SICK LEAVE | 35.448 | 10.00 | 354.48 | 6,247.02 |
| VACATION/NO OT | 35.448 | 30.00 | 1,063.44 | 6,751.14 |
| UNIFORM ALLOWANCE-MISC | | | 5.88 | 147.00 |
| PERS EMP CONTRIB | | | -222.46 | -5,458.23 |
| HEALTH INS (PRETAX) | | | -164.50 | -3,453.50 |
| DENTAL INS (PRETAX) | | | -9.00 | -207.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | U.S. MED | | 38.60 | 1,181.20 |
| | U.S. FICA | | 165.06 | 5,050.65 |
| | U.S. TAX | | 229.97 | 9,096.11 |
| | CA STATE | | 86.45 | 3,632.31 |
| | **Other** | | | |
| | ICMA LOAN PAYMENT | | 93.23 | 2,260.27 |
| | IBEW DUES | | 38.87 | 954.88 |
| | DIRECT DEPOSIT | | 1,200.00 | 30,000.00 |
| | DIRECT DEPOSIT | | 587.70 | 23,828.45 |
| | **Net Check** | | **$0.00** | |

| Net Taxable Pay | | | **$2,439.88** | **$76,003.87** |
|---|---|---|---|---|



# Pay Stub

**CITY OF LONG BEACH**

411 W. OCEAN
LONG BEACH, CA 90802

Period Ending: 12/13/2024
Pay Date: 12/20/2024

Taxable Marital Status / Exemptions / Extra Deductions
Federal:    S    2    7.00
State:      S    1    0.00

**Christos D Katsouleas**
**2038 Volk Avenue**

**Long Beach, CA 90815**

| Earnings | Rate | Hours | This Period | Year-to-date |
|---|---|---|---|---|
| IN LIEU HOLIDAY | 35.448 | 23.00 | 815.30 | 4,746.01 |
| SICK FAMILY | 35.448 | 10.00 | 354.48 | 1,379.23 |
| SCHEDULED HOURS | 35.448 | 47.00 | 1,666.06 | 52,796.84 |
| STANDBY | 2.5 | 22.00 | 55.00 | 2,360.00 |
| DENTAL VALUE | | | 133.76 | 1,605.12 |
| HEALTH VALUE | | | 2,095.69 | 25,148.28 |
| VISION VALUE | | | 15.97 | 191.64 |
| UNIFORM ALLOWANCE-MISC | | | 5.88 | 152.88 |
| PERS EMP CONTRIB | | | -222.46 | -5,680.69 |
| HEALTH INS (PRETAX) | | | -164.50 | -3,618.00 |
| DENTAL INS (PRETAX) | | | -9.00 | -216.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | U.S. MED | | 39.40 | 1,220.60 |
| | U.S. FICA | | 168.48 | 5,219.13 |
| | U.S. TAX | | 242.07 | 9,338.18 |
| | CA STATE | | 91.29 | 3,723.60 |
| | **Other** | | | |
| | ICMA LOAN PAYMENT | | 93.23 | 2,353.50 |
| | IBEW DUES | | 38.87 | 993.75 |
| | DIRECT DEPOSIT | | 1,200.00 | 31,200.00 |
| | DIRECT DEPOSIT | | 621.54 | 24,449.99 |
| | **Net Check** | | **$0.00** | |

| | **Net Taxable Pay** | | **$2,494.88** | **$78,498.75** |

| Statement of Earnings For: | Nelia M Katsouleas | | | | | | LONG BEACH CITY EMPLOYEES FEDERAL CREDI |
|---|---|---|---|---|---|---|---|
| Employee #: 120 | Division: | | Period Begin: 12/9/2024 | | Check Date: 12/27/2024 | | 2845 Temple Ave |
| Clock Number: | Department: 100 | | Period End: 12/22/2024 | | | | Long Beach, CA 90755 |
| SSN: XXX-XX-5251 | Federal Filing: Married | | Exemptions: 1 | | Additional Tax: | | |
| Company Id: 01600J42 | State Filing: Married One I | | Exemptions: 1 | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V124780997 | $0.00 | $1,890.00 | $1,426.45 | What type of cars do elves drive? Toy-otas |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.6250 | 65.00 | 1,535.62 | 1,628.00 | 38,158.87 | SOC SEC EE | 117.18 | 3,111.16 | 401(k) | 189.00 | 5,018.00 |
| Vacation | 23.6250 | 15.00 | 354.38 | 213.00 | 5,011.88 | MED EE | 27.40 | 727.61 | | | |
| *ER 401k Sfe Hbr | | 0.00 | 56.70 | 0.00 | 1,505.40 | FEDERAL WH | 91.20 | 2,358.12 | | | |
| Cash Out-Sick | | 0.00 | 0.00 | 40.00 | 0.00 | CALIFORNIA WH | 17.98 | 460.91 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 500.00 | CALIFORNIA SDI EE | 20.79 | 551.98 | | | |
| Holiday | | 0.00 | 0.00 | 80.00 | 1,863.00 | | | | | | |
| Sick | | 0.00 | 0.00 | 103.00 | 3,333.37 | | | | | | |
| PTO | | 0.00 | 0.00 | 56.00 | 1,312.89 | | | | | | |
| Total: | | 80.00 | 1,890.00 | 2,120.00 | 50,180.01 | Total: | 274.55 | 7,209.78 | Total: | 189.00 | 5,018.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 6.460000 | Taken: 15.000000 | Balance: 20.810000 | | Savings | Account: XXXXX1560 | | Deposit Amount: | 400.00 |
| Sick | Accrued: 1.537500 | Taken: 0.000000 | Balance: 202.367600 | | Checking | Account: XXXXX7553 | | Deposit Amount: | 1,026.45 |
| PTO | Accrued: 0.000000 | Taken: 0.000000 | Balance: 0.000000 | | | | | | |

LONG BEACH CITY EMPLOYEES FEDERAL CREDIT
UNION (01600J42)
2845 Temple Ave
Long Beach, CA 90755

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/27/2024 | V124780997 |

| TOTAL NET PAY |
|---|
| ******$1,426.45 |

Your entire Net pay of $1,426.45 has been deposited in your bank account(s).

120  100
**Nelia M Katsouleas**
2038 Volk Ave
LONG BEACH, CA 90815

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nelia M Katsouleas | | | | | | LONG BEACH CITY EMPLOYEES FEDERAL CREDI |
|---|---|---|---|---|---|---|---|
| Employee #: 120 | Division: | | Period Begin: 11/25/2024 | Check Date: 12/13/2024 | | | 2845 Temple Ave |
| Clock Number: | Department: 100 | | Period End: 12/8/2024 | | | | Long Beach, CA 90755 |
| SSN: XXX-XX-5251 | Federal Filing: Married | | Exemptions: 1 | Additional Tax: | | | |
| Company Id: 01600J42 | State Filing: Married One I | | Exemptions: 1 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V124252382 | $0.00 | $1,890.00 | $1,426.44 | |

| EARNINGS | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.6250 | 40.00 | 945.00 | 1,563.00 | 36,623.25 | SOC SEC EE | 117.18 | 2,993.98 | 401(k) | 189.00 | 4,829.00 |
| Vacation | 23.6250 | 24.00 | 567.00 | 198.00 | 4,657.50 | MED EE | 27.41 | 700.21 | | | |
| Holiday | 23.6250 | 16.00 | 378.00 | 80.00 | 1,863.00 | FEDERAL WH | 91.20 | 2,266.92 | | | |
| *ER 401k Sfe Hbr | | 0.00 | 56.70 | 0.00 | 1,448.70 | CALIFORNIA WH | 17.98 | 442.93 | | | |
| Cash Out-Sick | | 0.00 | 0.00 | 40.00 | 0.00 | CALIFORNIA SDI EE | 20.79 | 531.19 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 500.00 | | | | | | |
| Sick | | 0.00 | 0.00 | 103.00 | 3,333.37 | | | | | | |
| PTO | | 0.00 | 0.00 | 56.00 | 1,312.89 | | | | | | |
| Total: | | 80.00 | 1,890.00 | 2,040.00 | 48,290.01 | Total: | 274.56 | 6,935.23 | Total: | 189.00 | 4,829.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 6.460000 | Taken: 24.000000 | Balance: 29.350000 | | Savings | Account: XXXXX1560 | | Deposit Amount: | 400.00 |
| Sick | Accrued: 1.538500 | Taken: 0.000000 | Balance: 200.830100 | | Checking | Account: XXXXX7553 | | Deposit Amount: | 1,026.44 |
| PTO | Accrued: 0.000000 | Taken: 0.000000 | Balance: 0.000000 | | | | | | |

LONG BEACH CITY EMPLOYEES FEDERAL CREDIT
UNION (01600J42)
2845 Temple Ave
Long Beach, CA 90755

Your entire Net pay of $1,426.44 has been deposited in your bank account(s).

120  100
**Nelia M Katsouleas**
2038 Volk Ave
LONG BEACH, CA 90815

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/13/2024 | V124252382 |

| TOTAL NET PAY |
|---|
| ******$1,426.44 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nelia M Katsouleas | | | | | | LONG BEACH CITY EMPLOYEES FEDERAL CREDI |
|---|---|---|---|---|---|---|---|
| Employee #: 120 | Division: | | Period Begin: 12/6/2024 | Check Date: 12/6/2024 | | | 2845 Temple Ave |
| Clock Number: | Department: 100 | | Period End: 12/6/2024 | | | | Long Beach, CA 90755 |
| SSN: XXX-XX-5251 | Federal Filing: Married | | Exemptions: 1 | Additional Tax: | | | |
| Company Id: 0160OJ42 | State Filing: Married One I | | Exemptions: 1 | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 6928629 | $406.25 | $500.00 | $406.25 | Treat Yo Self!! |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Bonus | | 0.00 | 500.00 | 0.00 | 500.00 | SOC SEC EE | 31.00 | 2,876.80 | 401(k) | 50.00 | 4,640.00 |
| *ER 401k Sfe Hbr | | 0.00 | 15.00 | 0.00 | 1,392.00 | MED EE | 7.25 | 672.80 | | | |
| Regular | | 0.00 | 0.00 | 1,523.00 | 35,678.25 | FEDERAL WH | 0.00 | 2,175.72 | | | |
| Cash Out-Sick | | 0.00 | 0.00 | 40.00 | 0.00 | CALIFORNIA WH | 0.00 | 424.95 | | | |
| Vacation | | 0.00 | 0.00 | 174.00 | 4,090.50 | CALIFORNIA SDI EE | 5.50 | 510.40 | | | |
| Holiday | | 0.00 | 0.00 | 64.00 | 1,485.00 | | | | | | |
| Sick | | 0.00 | 0.00 | 103.00 | 3,333.37 | | | | | | |
| PTO | | 0.00 | 0.00 | 56.00 | 1,312.89 | | | | | | |
| Total: | | 0.00 | 500.00 | 1,960.00 | 46,400.01 | Total: | 43.75 | 6,660.67 | Total: | 50.00 | 4,640.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.000000 | Taken: 0.000000 | Balance: 46.890000 | | | |
| Sick | Accrued: 0.000000 | Taken: 0.000000 | Balance: 199.291600 | | | |
| PTO | Accrued: 0.000000 | Taken: 0.000000 | Balance: 0.000000 | | | |

LONG BEACH CITY EMPLOYEES FEDERAL CREDIT
UNION (0160OJ42)
2845 Temple Ave
Long Beach, CA 90755

Void After 180 Days

| CHECK DATE | CHECK NUMBER |
|---|---|
| 12/6/2024 | 6928629 |

| CHECK AMOUNT |
|---|
| ********$406.25 |

120  100
**Nelia M Katsouleas**
2038 Volk Ave
LONG BEACH, CA 90815

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nelia M Katsouleas | | | | | | LONG BEACH CITY EMPLOYEES FEDERAL CREDI |
|---|---|---|---|---|---|---|---|
| Employee #: 120 | Division: | | Period Begin: 1/6/2025 | Check Date: 1/24/2025 | | | 2845 Temple Ave |
| Clock Number: | Department: 100 | | Period End: 1/19/2025 | | | | Long Beach, CA 90755 |
| SSN: XXX-XX-5251 | Federal Filing: Married | | Exemptions: 1 | Additional Tax: | | | |
| Company Id: 0160OJ42 | State Filing: Married One I | | Exemptions: 1 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V126070092 | $0.00 | $1,890.00 | $1,425.21 | Whats Forre |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 23.6250 | 72.00 | 1,701.00 | 127.00 | 3,000.38 |
| Sick | 23.6250 | 8.00 | 189.00 | 17.00 | 401.62 |
| *ER 401k Sfe Hbr | | 0.00 | 56.70 | 0.00 | 113.40 |
| Holiday | | 0.00 | 0.00 | 16.00 | 378.00 |
| Total: | | 80.00 | 1,890.00 | 160.00 | 3,780.00 |

*Not Included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 117.18 | 234.36 |
| MED EE | 27.40 | 54.81 |
| FEDERAL WH | 91.20 | 182.40 |
| CALIFORNIA WH | 17.33 | 35.31 |
| CALIFORNIA SDI EE | 22.68 | 45.36 |
| Total: | 275.79 | 552.24 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) | 189.00 | 378.00 |
| Total: | 189.00 | 378.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance: |
|---|---|---|---|
| Vacation | 6.460000 | 0.000000 | 33.730000 |
| Sick | 1.538500 | 8.000000 | 188.444600 |
| PTO | 0.000000 | 0.000000 | 28.000000 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Savings | XXXXX1560 | 400.00 |
| Checking | XXXXX7553 | 1,025.21 |

LONG BEACH CITY EMPLOYEES FEDERAL CREDIT
UNION (0160OJ42)
2845 Temple Ave
Long Beach, CA 90755

Your entire Net pay of $1,425.21 has been deposited in your bank account(s).

120  100
**Nelia M Katsouleas**
2038 Volk Ave
LONG BEACH, CA 90815

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/24/2025 | V126070092 |

| TOTAL NET PAY |
|---|
| ******$1,425.21 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nelia M Katsouleas | | | | | | LONG BEACH CITY EMPLOYEES FEDERAL CREDI |
|---|---|---|---|---|---|---|---|
| Employee #: 120 | Division: | | Period Begin: 12/23/2024 | Check Date: 1/10/2025 | | | 2845 Temple Ave |
| Clock Number: | Department: 100 | | Period End: 1/5/2025 | | | | Long Beach, CA 90755 |
| SSN: XXX-XX-5251 | Federal Filing: Married | | Exemptions: 1 | Additional Tax: | | | |
| Company Id: 01600J42 | State Filing: Married One I | | Exemptions: 1 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V125496090 | $0.00 | $1,890.00 | $1,424.55 | 50s Slang: Earth Pads (shoes) |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.6250 | 55.00 | 1,299.38 | 55.00 | 1,299.38 | SOC SEC EE | 117.18 | 117.18 | 401(k) | 189.00 | 189.00 |
| Holiday | 23.6250 | 16.00 | 378.00 | 16.00 | 378.00 | MED EE | 27.41 | 27.41 | | | |
| Sick | 23.6250 | 9.00 | 212.62 | 9.00 | 212.62 | FEDERAL WH | 91.20 | 91.20 | | | |
| *ER 401k Sfe Hbr | | 0.00 | 56.70 | 0.00 | 56.70 | CALIFORNIA WH | 17.98 | 17.98 | | | |
| | | | | | | CALIFORNIA SDI EE | 22.68 | 22.68 | | | |
| Total: | | 80.00 | 1,890.00 | 80.00 | 1,890.00 | Total: | 276.45 | 276.45 | Total: | 189.00 | 189.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 6.460000 | Taken: 0.000000 | Balance: 27.270000 | | | Savings | Account: XXXXX1560 | Deposit Amount: | 400.00 |
| Sick | Accrued: 1.538500 | Taken: 9.000000 | Balance: 194.906100 | | | Checking | Account: XXXXX7553 | Deposit Amount: | 1,024.55 |

LONG BEACH CITY EMPLOYEES FEDERAL CREDIT
UNION (01600J42)
2845 Temple Ave
Long Beach, CA 90755

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/10/2025 | V125496090 |

| TOTAL NET PAY |
|---|
| ******$1,424.55 |

Your entire Net pay of $1,424.55 has been deposited in your bank account(s).

120  100

**Nelia M Katsouleas**
2038 Volk Ave
LONG BEACH, CA 90815

**NOT NEGOTIABLE**