Certificate Number: 14912-CAC-DE-039605037

Bankruptcy Case Number: 25-10810



14912-CAC-DE-039605037

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2025, at 2:05 o'clock AM EDT, Christos Katsouleas completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  April 29, 2025               By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor