United States Bankruptcy Court

Central District of California

In re:    Case No. 25-10810-DS

Christos Dean Katsouleas    Chapter 7

Nelia Gabriana Katsouleas

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: May 23, 2025     Form ID: not     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christos Dean Katsouleas, Nelia Gabriana Katsouleas, 2038 Volk Ave, Long Beach, CA 90815-3559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | May 24 2025 00:58:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | May 24 2025 00:58:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | May 24 2025 00:57:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + Email/Text: bkfilings@zwickerpc.com | May 24 2025 00:58:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42322907 | Email/PDF: bncnotices@becket-lee.com | May 24 2025 01:08:04 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42322908 | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2025 00:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42322909 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:19:52 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42322910 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:08:13 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42322911 | Email/PDF: creditonebknotifications@resurgent.com | May 24 2025 01:08:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42322912 | Email/Text: bankruptcy@ttc.lacounty.gov | May 24 2025 00:57:00 | Los Angeles County Tax Collector, 225 N Hill St, Los Angeles, CA 90012-3232 |
| 42322913 | ^ MEBN | May 24 2025 00:46:51 | PHH Mortgage, Po Box 371458, Pittsburgh, PA 15250-7458 |
| 42322914 | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2025 00:54:29 | Synchrony / Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 42322915 | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2025 00:55:51 | Synchrony / Guitar Center, PO Box 965036, Orlando, FL 32896-5035 |

TOTAL: 13

Case 2:25-bk-10810-DS  Doc 20  Filed 05/25/25  Entered 05/25/25 21:20:28  Desc
Imaged Certificate of Notice  Page 2 of 3

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: not | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Nelia Gabriana Katsouleas bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Christos Dean Katsouleas bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen L Belair | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. kbelair@zwickerpc.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
Christos Dean Katsouleas
**SSN:** xxx–xx–7809
**EIN:** N/A
Nelia Gabriana Katsouleas
**SSN:** xxx–xx–5251
2038 Volk Ave
Long Beach, CA 90815–3559

**BANKRUPTCY NO.** 2:25–bk–10810–DS
**CHAPTER** 7

This Notice hereby informs all creditors for this case that Debtor and Joint Debtor filed

an Addendum to voluntary petition to correct Joint Debtors first name from Neila to Nelia.

Discharge entered on 05/12/2025 is still in effect for joint debtor's new name,

Neila Gabriana Katsouleas.

You may refer to the court's case docket for additional information.

Dated: May 23, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**19 / LL2**